IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CR. NO. C-10-535M |
| | § | |
| Ramiro Trevino | § | |

## ORDER OF TEMPORARY DETENTION AND HEARING

The Court,

_____sua sponte, upon finding there is a serious risk that defendant will

_____flee,

_____obstruct or attempt to obstruct justice,

_____threaten, injure, intimidate or attempt to threaten, injure or intimidate a prospective witness or juror,

__X__upon motion by the Government,

**ORDERS** a Detention Hearing.

Motion by

__X__Government

_____Defendant ( ) pro se, or ( ) by counsel,

for Continuance is **GRANTED**. Preliminary Examination and Detention Hearing are set for **May 21, 2010**, at **10:00 a.m.** before *U. S. Magistrate Judge Brian L. Owsley.*

Pending this hearing, Defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

ORDERED this 18th day of May 2010.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE